MINUTE ENTRY
MORGAN, J.
September 13, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD J. BERNARD,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-1314** |
| **SCOTT LITIGATION GROUP,**<br>    **Defendant** | **SECTION: "E" (1)** |

A pretrial conference was held on September 13, 2017 at 2:00 p.m. in the chambers of Judge Susie Morgan.

Present:   John Robin and Catherine Robin, counsel for Plaintiff, Donald J. Bernard; Robert Redfearn, Sr., Christopher Guidroz, Robert Redfearn, Jr., Meyer Gertler, and Russ Herman, counsel for Defendant, Scott Litigation Group.

The parties discussed the status of the case and the upcoming jury trial in this matter. The Court instructed the attorneys who had not yet enrolled as counsel of record to do so by no later than **Wednesday, November 20, 2017**.

The trial is scheduled to begin on **December 18, 2017**. The parties are to report to Judge Morgan's chambers at **8:30 a.m.** on the first day of trial. The trial is expected to last **three** days. Due to the large number of potential witnesses, the Court informed the parties it will impose a time clock for the presentation of evidence. Plaintiff shall have 400 minutes to present his case-in-chief and Defendants will have 380 minutes to present their case-in-chief. A party's time presenting its case-in-chief and cross-examining witnesses will be charged to that party. Allocation of time spent reading deposition testimony shall be as agreed by the parties, or as determined by the Court in the event the

parties are unable to reach agreement. For each trial day in a party's case-in-chief, any unused time will be charged to that party, absent good cause shown. The Court's case manager—Brad Newell—will keep track of time use. An attorney for each party shall meet with Mr. Newell at the end of each trial day to review the minutes charged for that day's proceedings.

The Court explained that it expects (1) a single joint jury instruction document containing agreed-to instructions and the parties' respective positions regarding disputed instructions, if any; (2) a single joint verdict form containing agreed-to elements and the parties' respective positions regarding disputed elements, if any; and (3) two copies of the set of bench books containing an index and all exhibits—first unobjected-to exhibits and then objected-to exhibits, numbered sequentially.

Voir dire and jury selection were discussed. The Court will conduct voir dire questioning with opportunities for the parties to submit follow-up questions for the Court to ask. The Court informed the parties that an eight member jury will be selected and that all eight members of the jury will deliberate. There will be no alternate jurors. Unless the parties stipulate otherwise, the jury must return a unanimous verdict. In no event may the parties stipulate that fewer than six jurors may return a verdict. The parties will each be given a total of three peremptory challenges during jury selection. The parties will each be given twenty (20) minutes for opening statements.

The Court reminds the parties to reference the pretrial notice form in preparing for trial.[1] The parties are encouraged to contact the Court for guidance if any instruction in the pretrial notice is unclear. The parties are also encouraged to contact the Court's case

---

[1] R. Doc. 60-1.

manager, Brad Newell, to schedule a meeting to familiarize themselves with the courtroom audio-visual technology.

No later than **November 28, 2017**, at **5:00 p.m.**, the parties shall exchange final witness lists, and provide a copy of the list to the Court. The list shall identify **all witnesses** the party **will call** at trial in its case in chief. The party who lists these witnesses shall make them available to all other parties, regardless of whether the listing party actually calls the witness. Any witness not listed shall not be permitted to testify, except for rebuttal witnesses. No witnesses may be listed unless counsel has complied with all of the Court's previous orders regarding identification of witnesses.

Counsel are to meet no later than **December 8, 2017**, at **5:00 p.m.**, to discuss deposition excerpts and whether they have objections to the deposition excerpts intended to be used at trial by opposing counsel. If a party has objections to the opposition's deposition excerpts, the objections and supporting memoranda are to be filed into the record no later than **December 11, 2017**, at **5:00 p.m.**

Counsel will stand when they address the Court, make objections, or examine witnesses. When making an objection, counsel shall briefly state the basis for the objection, such as "hearsay," "no foundation," or "relevance." There shall be no speaking objections. If the Court requires further argument, the Court will invite it.

**IT IS ORDERED** that the parties comply with the pre-trial deadlines as set forth below:

| Final witness lists, identifying **will call** witnesses | Filed and emailed to the Court no later than **November 28, 2017**, at **5:00 p.m.** |
|---|---|
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **November 30, 2017** at **5:00 p.m.** |
| Responses to non-expert motions in limine and memoranda in support | Filed and served no later than **December 7, 2017** at **5:00 p.m.** |

| Deadline to meet and confer with respect to deposition excerpts | **December 8, 2017**, at **5:00 p.m.** |
| --- | --- |
| Joint statement of the case | Filed by **December 11, 2017** at **5:00 p.m**. *See* pretrial notice at p. 8 |
| Joint jury instructions (or if agreement cannot be reached, three sets of instructions, as set forth in the pretrial notice at p. 8) | Filed and emailed to the Court by **December 11, 2017** at **5:00 p.m.** *See* pretrial notice at p. 8 |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **December 11, 2017** at **5:00 p.m**. *See* pretrial notice at p. 8 |
| Proposed special voir dire questions | Filed by **December 11, 2017** at **5:00 p.m.** *See* pretrial notice at p. 8 |
| Objections to exhibits and supporting memoranda  **Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **December 11, 2017** at **5:00 p.m**. *See* pretrial notice at p. 5 |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **December 11, 2017** at **5:00 p.m.** *See* pretrial notice at pp. 5-6 |
| Trial memoranda | Filed by **December 11, 2017** at **5:00 p.m**. *See* pretrial notice at p. 9 |
| Objections to deposition testimony and supporting memoranda | Filed by **December 11, 2017** at **5:00 p.m**. *See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions |
| Second Pretrial Conference | **December 11, 2017** at 2:00 p.m. |
| Responses to objections to exhibits | Filed by **December 13, 2017**. *See* pretrial notice at p. 5 |
| Responses to objections to deposition testimony | Filed by **December 13, 2017** at **5:00 p.m.** *See* pretrial notice at p. 6. |

| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **December 13, 2017** at **5:00 p.m.** *See* pretrial notice at p. 7. |
|---|---|
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments | Provided to opposing counsel by **December 13, 2017** at **5:00 p.m.** *See* pretrial notice at p. 7 |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments | Filed by **December 14, 2017** at **5:00 p.m**. *See* pretrial notice at p. 7 |
| Jury trial | **December 18, 2017 at 9:00 a.m.** (estimated to last **3** days) |

**New Orleans, Louisiana, this 14th day of September, 2017.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:09)