## SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

H. PAUL SIMON◊
FRANK J. PERAGINE◊
GUY W. SMITH
ROBERT L. REDFEARN
THOMAS R. BLUM
H. BRUCE SHREVES
JAMES A. BURTON
CHRISTOPHER M. GUIDROZ
DANIEL J. CARUSO
JAY H. KERN
STEVEN A. JACOBSON
HERMAN C. HOFFMANN, JR.
SUSAN B. KOHN
JOHN F. SHREVES*^
ROBERT L. REDFEARN, JR.‡**
DENISE C. PUENTE
DOUGLAS W. REDFEARN
DAVID F. BIENVENU
M. DAVIS READY
CHARLES E. RILEY, IV**
M. CLAIRE DURIO

COUNSELORS AT LAW
30TH FLOOR - ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163-3000

TELEPHONE (504) 569-2030
FACSIMILE (504) 569-2999
WWW.SPSR-LAW.COM

DOUGLAS R. KINLER
ANDREW C. WILSON
SUSAN F. CLADE
SUSAN M. CARUSO
JAMES R. GUIDRY
APRIL A. MCQUILLAR‡‡
JOSHUA M. HUDSON
DOUGLASS F. WYNNE, JR.
BENJAMIN R. GRAU‡
PETER S. THRIFFILEY, JR.
MEGAN S. PETERSON**
LUKE P. LAROCCA
LOUIS O. OUBRE
KAILE L. MERCURI
JANICE M. CULOTTA
SARA L. OCHS
WINDSOR V. RICHMOND

OF COUNSEL
JUDY PERRY MARTINEZ

* BOARD CERTIFIED TAX ATTORNEYS
^ BOARD CERTIFIED ESTATE PLANNING
  AND ADMINISTRATION AND TAX LAW
  SPECIALIST CERTIFIED BY THE LOUISIANA
  BOARD OF LEGAL SPECIALIZATION

** ALSO ADMITTED IN MISSISSIPPI
‡ ALSO ADMITTED IN TEXAS
‡‡ ALSO ADMITTED IN GEORGIA
◊ PARTNER EMERITUS

September 15, 2017

BY HAND

Honorable Susie Morgan
Judge, Section E, United States District Court
Hale Boggs Federal Building, Room C322
500 Poydras Street
New Orleans, Louisiana 70130

Re: Donald J. Bernard v.
The Scott Litigation Group
USDC, EDLA # 16-1314
Filed February 16, 2016

Dear Judge Morgan:

We write to correct an apparent misunderstanding occurring during the pre-trial conference in this matter on Wednesday. The statement was made that a copy of the Castano Plaintiffs Attorney's Agreement was sent to Mr. Bernard for execution on April 21, 1997 by certified mail, return receipt requested and that the Castano Group had no evidence of Mr. Bernard's receipt thereof and the Court apparently under the impression that only one attempt had been made by the Defendant to contact Mr. Bernard noted that it would have been better for the Defendant if it had been sent by ordinary mail. (See Exhibit 11, Motion for Summary Judgment, SLG – 000004).

Unfortunately, we failed to clarify for the Court, as set forth in our Motion for Summary Judgment, that the April 21, 1997 letter was a "follow up" letter to an earlier October 10, 1996 letter sent by ordinary mail enclosing a copy of that agreement to Mr. Bernard. (See Exhibit 10, Motion for Summary Judgment, SLG – 000003).

Respectfully,

*Robert L. Redfearn*
Robert L. Redfearn

RLR/pt
cc: John M. Robin (via email)
00515871-1